IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANESSA PEARSON-RHOADS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AETNA LIFE INSURANCE COMPANY | : | No. 10-1076 |

## ORDER

AND NOW, this 28th day of October 2011, it is hereby ORDERED that Plaintiff Vanessa Pearson-Rhoads' Motion for Summary Judgment (Doc. No. 22) is DENIED, and Defendant Aetna Life Insurance Company's Motion for Summary Judgment (Doc. No. 23) is GRANTED.

The Clerk of Court is directed to terminate any other pending motions as moot and mark this action closed for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.